**SEALED**

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Texas

| | | |
|---|---|---|
| United States of America<br>v.<br>Jason Sherod Baldwin<br><br>*Defendant(s)* | ) ) ) ) ) ) ) | Case No.<br>3:20-MJ-782-BN |

**FILED**
**July 29, 2020**
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  Oct. 29, 2019 through Jan 1, 2020  in the county of  Dallas  in the  Northern  District of  Texas , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 2252A(a)(2)(A) | Receipt of Child Pornography |

This criminal complaint is based on these facts:

See Attached Affidavit of SA Jennifer Mullican

☐ Continued on the attached sheet.

*Complainant's signature*
SA Jennifer Mullican, FBI
*Printed name and title*

Agent sworn and signature confirmed via reliable electronic means, pursuant to Fed. R. Crim. P. 4.1.

Date: July 29, 2020

*Judge's signature*
DAVID L. HORAN, U.S. Magistrate Judge
*Printed name and title*

City and state: Dallas, Texas

## AFFIDAVIT

I, Jennifer Mullican, a Special Agent (SA) with the Federal Bureau of Investigation (FBI), being duly sworn, depose and state the following:

## INTRODUCTION

1. I am a Special Agent with the Federal Bureau of Investigation (FBI), and I have been employed in this capacity since October 2003. I am currently assigned to the Dallas Division of the FBI. As a federal agent, my duties include, but are not limited to, the investigation and enforcement of Titles 18, 21 and 31 of the United States Code (U.S.C.). I am an "investigative or law enforcement officer of the United States" within the definition in 18 U.S.C. § 2510(7), in that I am an agent of the United States authorized by law to conduct investigations of, and make arrests for, federal offenses.

2. I am currently assigned to a Crimes Against Children and Human Trafficking Task Force, wherein my duties and responsibilities include investigating criminal violations relating to the sexual exploitation of children, such as the illegal production, transportation, distribution, receipt, and possession of child pornography, in violation of 18 U.S.C. §§ 2251, 2252, and 2252A. I have investigated these violations since 2013 and have gained expertise in these types of investigations through training in seminars, classes, and my everyday work.

3. In addition, I have received specialized training in the investigation and enforcement of federal child pornography laws and have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. §2256) in all forms of media, including computer media. I have been involved in numerous child

pornography investigations and am very familiar with the tactics used by child pornography offenders who collect and distribute child pornographic material.

4. The statements contained in this affidavit are based on information provided by FBI Special Agents; written reports about this and other investigations that I have received, directly or indirectly, from other law enforcement agents; information gathered from the service of administrative subpoenas; the results of physical and electronic surveillance conducted by law enforcement agents; independent investigation and analysis by FBI agents/analysts and computer forensic professionals; and my experience, training and background as a Special Agent with the FBI.

5. This affidavit is submitted in support of a criminal complaint charging Jason Sherod Baldwin, with violating 18 U.S.C. §§ 2252A(a)(2)(A), Receipt of Child Pornography. There is probable cause to believe that beginning on or about October 29, 2019, and continuing through January 1, 2020, in the Northern District of Texas, Jason Sherod Baldwin committed the offense of receiving child pornography, in violation of 18 U.S.C. §§ 2252A(a)(2)(A).

## OVERVIEW OF INVESTIGATION

**A. Background of Investigation**

6. On or about July 21, 2020, your Affiant received information from FBI Philadelphia regarding "A. B." a convicted sex offender who was arrested on January 30, 2020, at his residence in Philadelphia, PA, in conjunction with the execution of a federal search warrant. A.B. was advertising child pornography files for sale through

his various social media accounts on platforms such as Twitter[1] and Tumblr.[2] A.B. directed other users to his MediaLab, Inc., Kik Messenger[3] (hereinafter, "Kik") account if these users were interested in purchasing child pornography files.

7. When another user messaged A.B. via Kik, A.B. sent the user a Mega[4] link containing a preview folder[5] of video files depicting child pornography that A.B. had available for sale. When a user made their selection of files to purchase, messages were exchanged between A.B. and the user with A.B. ultimately providing the user with the total cost of the file(s) the user wished to purchase.

8. For those users that messaged their desire to purchase child pornography files, A.B. advised he accepted payment via the platforms Paypal[6] or Google Pay[7] and A.B. provided his account information for the payment. Once the user confirmed their payment to A.B., by either sending a message or often by

---

[1] Twitter is an American microblogging and social networking service on which users post and interact with messages known as "tweets". Registered users can post, like, and retweet tweets, but unregistered users can only read tweets.

[2] Tumblr is an American microblogging and social networking website. The service allows users to post multimedia and other content to a short-form blog. Users can follow other users' blogs. Bloggers can also make their blogs private.

[3] Kik Messenger is a free instant messaging mobile application designed and previously owned by Kik Interactive, Inc., which was recently purchased in or about October 2019 by MediaLab, Inc., a U.S. based Technology Company headquartered in California. Kik Messenger uses the Internet to allow users to send and receive instant messages, photos and videos.

[4] I am aware that "Mega" is a cloud-storage file hosting service that is based in New Zealand.

[5] The preview folder contained screenshots of the files being offered for sale with text superimposed over each screenshot providing the name of the file, the length of the video file, and the cost to purchase the file. Oftentimes, the preview screenshot itself depicted child pornography.

[6] PayPal Holdings, Inc. is an American company operating a worldwide online payments system that supports online money transfers and serves as an electronic alternative to traditional paper methods like checks and money orders.

[7] Google Pay, previously known as Google Wallet, is a peer-to-peer payment service that allows people to send and receive money from a mobile device or desktop computer at no cost to either sender or receiver.

sending a screenshot of the payment confirmation, A.B. then sent the user the files purchased via a Mega link.[8]

9. Subsequent to the execution of the search warrant by FBI Philadelphia, a review of the electronic evidence seized from A.B.'s residence was conducted. Investigators located Kik communications between A.B. and others from in or around September 2019 and continuing through the date of his arrest. Kik communications between A.B. and other Kik users who purchased child pornography files were parsed out for further investigation. FBI Philadelphia obtained records from Paypal and Google Pay for A.B.'s accounts, as well as for the accounts of the other users who purchased child pornography files from A.B.

10. Additionally, FBI Philadelphia corresponded with the New Zealand Department of Internal Affairs (NZDIA) regarding the Mega links sent or received by A.B. Specifically, the NZDIA was provided with a list of over 250 Mega links associated with their investigation of A.B., as well as multiple electronic mail accounts associated with A.B.'s access to his Mega accounts. The NZDIA investigator electronically provided FBI Philadelphia with the requested files and advised that if the Mega link remained a valid link the contents of that link and other

---

[8] To combat the proliferation of child pornography on its platform, the Kik Trust and Safety Team uses a third-party company to review profile pictures that are uploaded by users and groups. Kik also uses PhotoDNA to compare user-uploaded files against a database of known child pornography files that are in circulation. Any files that are flagged and reported by the third-party company or PhotoDNA software are subsequently viewed by a member of the Kik Trust and Safety Team. Any material determined by Kik to be exploitative, the Kik user is reported to the National Center for Missing and Exploited Children via a CyberTipline referral. Based upon your Affiant's training and experience, some Kik users share exploitative files via links instead of uploading the file directly in the Kik application in an attempt to avoid detection.

relevant records were provided. Thereafter, FBI Philadelphia applied for and obtained a federal search warrant authorizing FBI Philadelphia to review the contents of the records provided by the NZDIA.

**B. Criminal Activity Conducted by Kik user "Kpalin09"**

11. From FBI Philadelphia's analysis of A.B.'s records, Kik user "Kpalin09" was subsequently identified as an individual who communicated with and purchased files depicting child pornography at various dates and times from A.B. between on or about October 29, 2019, through on or about January 1, 2020.

12. Specifically, on or about October 29, 2019, Kik user "Kpalin09" sent a message to the Kik account utilized by A.B. asking, "Can I buy?" Several hours later, A.B. responded, "Ok I sell links to videos Google Pay or PayPal accepted. Let me know if you have either. A preview folder is provided before buying." Later, "Kpalin09" messaged A.B. indicating that he had a PayPal account and thereafter A.B. shared a link to a preview folder. Less than an hour after receiving the link, "Kpalin09" responded, "chocolate video game More than friends [Redacted[9]] cuties black boy dream."

13. A short time later, A.B. messaged asking "Kpalin09" if he was ready to order the links. Immediately "Kpalin09" replied affirmatively. A.B. confirmed his PayPal account information and advised that the links to the videos would be sent as

---

[9] For the files names discussed between A.B. and "kpalin09", these names are known to law enforcement and included in the records provided by FBI Philadelphia, however they have been redacted throughout this affidavit to protect the identity of a possible victim.

5

soon as A.B. received payment. "Kpalin09" asked the cost of the files and A.B. advised the total was $27.00 for the four video files. Minutes later, "Kpalin09" messaged that the funds had been sent. A.B. then sent a series of messages with four messages including the Mega link[10] and each subsequent message the corresponding name of the video file purchased.

14. Then, between on or about November 7, 2019, and continuing through November 10, 2019, "Kpalin09" reached out to A.B. inquiring if A.B. had "new stuff?" On November 10, 2019, "Kpalin09" sent the message, "[Redacted]." Later that evening, A.B. replied providing the price of $13.00 for the file. A.B. also shared a link with an updated preview folder. Later in the evening of November 10, 2019, and into the morning of November 11, 2019, "Kpalin09" sent a series of messages asking, "ready," followed by, "?," and lastly, "[Redacted]" is all I want rn(right now)." After encountering some issues with payment, "Kpalin09" confirmed funds were sent to A.B. via PayPal. A short time later, A.B. sent "Kpalin09" a Mega link followed by another message stating, "[Redacted]."

15. The link shared by A.B. and purchased by "Kpalin09" for $13.00 on November 11, 2019, contained a folder with image files depicting child pornography involving a minor male. Additionally, two video files were included in the link. One video file depicted a minor male who undresses, exposes his genitals in a lewd and

---

[10] The files described herein were provided to your Affiant by FBI Philadelphia subsequent to their receipt of records from the NZDIA. Some files purchased by "Kpalin09" were not available from the NZDIA as the link was no longer active.

lascivious manner, and the video concludes with the minor male masturbating. The second video file is described below:

| File Identifier | File Description |
|---|---|
| 2 boysuck.mp4 | This video files depicts two minor males with one male who is standing and wearing only a white robe and the other is wearing a red shirt. The minor male in the red shirt is on his knees in front of the other male. The erect penis of one minor male is penetrating the mouth of the other minor male. |

Based on my training and experience, this image constitutes child pornography, as defined by 18 U.S.C. § 2256.

16.     Again, on or about November 17, 2019, through on or about November 23, 2019, "Kpalin09" sent a series of messages to A.B. inquiring if A.B. had any new files available. A.B. did not respond to these messages. Approximately two weeks later, on or about December 7, 2019, "Kpalin09" sent another message stating, ""[Redacted]?" A.B. replied the next day advising "Kpalin09" of the $5.00 cost for the requested file and A.B. shared a Mega link with an updated preview folder. A few hours later, "Kpalin09" sent the message, "My little buddy." A.B. asked if "Kpalin09" wanted to purchase the file and upon receiving a positive reply A.B. advised "Kpalin09" the cost was $10.00. "Kpalin09" asked for A.B.'s PayPal information and minutes later he messaged that the funds had been sent. A.B. then shared the Mega link and followed with a message providing the title of the file purchased.

17. Included in this Mega link was one folder of image files and one video file. The image folder contained over 100 image files depicting a minor male in various stages of undress, as well as, image files depicting the lewd and lascivious display of the genitals of a nude minor male. The video file depicted a minor male whose pants and underwear are down around his ankles and is wearing a red shirt pulled up and over his shoulders. The minor male is also wearing a large gold tone chain with a gold tone medallion around his neck. The video file is described below in more detail:

| File Identifier | File Description |
| --- | --- |
| My lil buddy 13 min vers.mp4 | This video file depicts the minor male described above standing with his arms at his side. The hand of an adult male comes into view and fondles the erect penis of the minor male. The video transitions to the adult male fondling the genitals of the minor in front of a brown couch. The minor male sits on the couch as the adult male adjusts the camera before moving to the couch. The adult male then pulls the legs of the minor male up and apart and positions him closer to the edge of the couch. The adult male positions himself between the legs of the minor male. The head of the adult male can then be observed moving up and down, however the minor male is barely visible in the screen. Later, the adult male repositions the minor male where it can be observed in the video the erect penis of the minor male penetrating the mouth of the adult male. |

Based on my training and experience, this image constitutes child pornography, as defined by 18 U.S.C. § 2256.

18. Approximately one week later, on or about December 14, 2019, "Kpalin09" again messaged A.B. asking, "Can I buy?" Following the receipt of a

message in which A.B. shared an updated preview folder, "Kpalin09" sent two messages stating, "[Redacted] and Friends," and then, "Teen getting pounded." Minutes later A.B. sent a message asking "Kpalin09" if he was ready to send payment. However, this transaction was not completed on this date as A.B. and "Kpalin09" appeared to miss one another in their message exchanges over the next three days.

19. On or about December 18, 2019, subsequent to receiving a message from A.B. advising the two video files requested would cost $7.00 and $5.00, respectively, "Kpalin09" immediately confirmed that payment had been sent. In less than ten minutes, "Kpalin09" received the Mega links to each video file followed by messages with the title of the file purchased. One of the videos purchased by "Kpalin09" is described below:

| File Identifier | File Description |
| --- | --- |
| Freaky "[Redacted]" and Friends.mp4 | This video files depicts a minor male in various scenes involving full nudity/undresses to full nudity where his genitals are exposed in a lewd and lascivious manner. The video transitions to the same nude minor male as he inserts a pen into is anus and exposes his anus and genitals in a lewd and luscious manner. As the video continues, two different nude minor males are depicted who are masturbating and then fondle one another. Lastly, the video returns to depict the original nude minor male who is lying on his back on a bed. The minor male penetrates his own mouth with his erect penis and then masturbates. |

Based on my training and experience, this image constitutes child pornography, as defined by 18 U.S.C. § 2256.

20. Later the same evening, "Kpalin09" requested to purchase an additional video file titled "[Redacted]." After he submitted the payment for this file "Kpalin09" asked if A.B. had any similar files available for sale. A.B. was unsure if he had anything similar but told "Kpalin09" he would conduct a search and get back to him. The next day "Kpalin09" messaged asking if A.B. had found similar video files, however A.B. did not respond to this message.

21. Thereafter, on or about December 22, 2019, and late in the evening on or about December 25, 2019, "Kpalin09" reached out to A.B. inquiring if A.B. had new files available for purchase. A.B. did not respond until on or about January 1, 2020. A.B. sent an updated preview folder containing files depicting "boys" and sent a second preview folder with files depicting "girls."

22. Not long after receiving the two preview folders, "Kpalin09" requested to purchase the following files: "Boy girl fun," "Dreds and friend," and "Nitro Pack 3." A few hours later, A.B. apologized for the delay and asked if "Kpalin09" wanted to purchase the files. A.B. confirmed the price of the three files was $31.00. After "Kpalin09" sent a message advising the payment had been sent, A.B. sent a series of messages containing the Mega links followed by the title of each associated video file.

23. The folder referenced by both A.B and "Kpalin09" as "Nitro Pack 3" in their communications is correctly titled "Niyro Pack 3". This folder contained seven video files. Each video file depicted child pornography involving minor males. One of the seven video files purchased by "Kpalin09" is described below:

10

| File Identifier | File Description |
| --- | --- |
| You Do Me Re.mp4 | This video files depicts two minor males. One minor male is nude and the other minor male is wearing a red and white striped shirt and is nude from the waist down (he removes the shirt as the video continues). Both boys use one hand to masturbate one another. The boys then take turns performing oral sex on one another. |

Based on my training and experience, this image constitutes child pornography, as defined by 18 U.S.C. § 2256.

### C. Identification of Kik user "Kpalin09"

24. An analysis of A.B.'s PayPal records for the dates/times that "Kpalin09" messaged that he submitted payment to A.B. showed the email address associated with each transaction was "jbaldwin09@yahoo.com." On or about April 24, 2020, FBI Philadelphia issued an administrative subpoena to Yahoo! (Oath Holding, Inc.), and PayPal, Inc., requesting subscriber information and IP address history associated with the user account "jbaldwin09@yahoo.com." A representative from Yahoo!/Oath Holding, Inc., responded to the request for records providing the following subscriber information and IP address information from September 3, 2019, through April 14, 2020:

> Login ID: jbaldwin09
> Full Name: Jason Baldwin (hereinafter, "Baldwin")
> Phone: 214/213-0756 (Unverified)
> Phone: 214/455-9083 (Verified)
> IP History (Relevant to Investigation): 173.172.137.50; 66.10.206.105; 192.48.101.3

25. Further, on or about May 4, 2020, a representative from PayPal, Inc., responded to the request for records providing the following subscriber information:

Name: Jason Baldwin
Email: jbaldwin09@yahoo.com
Phone: 214/455-9083 (Confirmed)
Address: 11600 Welch Road CDC, Dallas, TX 75229
Address: 8707 Ferndale Road, Apt. 110, Dallas, TX 75238

26. An Internet search of address 11600 Welch Road, Dallas, TX, listed above resolved to The Hockaday School, Dallas, Dallas County, TX 75229. Their website described The Hockaday School as a college preparatory school for girls. A search of faculty and staff on their website shows a "Jason Baldwin" employed in child development. A LinkedIn page was located for "Jason Baldwin" that shows he is employed as "Ann Graves CDC Curriculum Coordinator at The Hockaday School" in the Dallas/Fort Worth area and has been employed with The Hockaday School for over six years. A publically available database search conducted on IP address 192.48.101.3, which, as discussed above, was associated with jbaldwin09@yahoo.com, showed that this IP address resolved back to Hockaday.org in Dallas, TX.

27. As a part of their investigation, on or about May 4, 2020, FBI Philadelphia issued an administrative subpoena to MediaLab, Inc./Kik requesting subscriber information and IP address history associated with Kik user "Kpalin09." On or about June 3, 2020, a representative from MediaLab, Inc./Kik responded to the request for records providing the account email address of "kpalin09@yahoo.com" and IP address information from September 1, 2019, through June 1, 2020. The most recent IP address used to access Kik account "Kpalin09" was 66.10.206.105 on or

about June 1, 2020. This IP address was also used to access this Kik account during the time Kik user "Kpalin09" purchased video files depicting child pornography from A.B. between November 2019 and January 2020. Prior to November 2019, IP address 173.172.137.50 was regularly used to access this account. The IP address that resolved to Hockaday.org was observed in the Kik records between September 2019 and December 2019.

28. Also on or about May 4, 2020, FBI Philadelphia issued an administrative subpoena to Charter/Spectrum Communications to identify the individual assigned to IP address 173.172.137.50 on October 28, 2019, at 20:21 UTC. On May 11, 2020, a representative of Charter/Spectrum Communications responded to the request for records and provided information that during the date and time requested, IP Address 173.172.137.50 was assigned to an account registered to the following individual:

Subscriber Name: Jason Baldwin
Subscriber Address: 8707 Ferndale Road, Apt. 110, Dallas, TX 75238
Lease Info: Start: 6/11/2019      End: 10/31/2019
Phone: 214-455-9083
Email: jbaldwin09@yahoo.com

29. Subsequently, on or about June 22, 2020, FBI Philadelphia issued an administrative subpoena to AT&T Internet Services, to identify the individual assigned to IP address 66.10.206.105 on November 12, 2019, at 2:11 UTC, one date "Kpalin09" purchased files from A.B., and on June 1, 2020, the most current IP address associated with the "Kpalin09" Kik account. On or about June 23, 2020, a

13

representative from AT&T responded to the request for records and provided information that during the dates and time requested, IP Address 66.10.206.105 was assigned to an account registered to the following individual:

> Subscriber Name: Jason Baldwin
> Address on 6.1.2020: 7700 Greenway Blvd., Apt. M203, Dallas, TX 75209
> Address on 11.11.2019: 7700 Greenway Blvd., Apt. M203, Dallas, TX 75209
> Email: jbaldwin09@yahoo.com

30.   The information contained in the records from PayPal, Inc., Yahoo!/Oath Holding, Inc., Kik/MediaLab, Inc., Charter/Spectrum Communications, and AT&T Internet Services link Jason Sherod Baldwin, date of birth September 9, 1991, residing at 7700 Greenway Blvd., Apt. M203, Dallas, TX 75209, as the user behind the online illegal activity of Kik user "Kpalin09."

31.   Specifically, Baldwin purchased files depicting child pornography from A.B. on or about October 29, 2019, November 11, 2019, December 8, 2019, December 18, 2019, and January 1, 2020. The current IP address associated with the user of the Kik account "Kpalin09" on June 1, 2020, IP address 66.10.206.105, was registered to Baldwin at 7700 Greenway Blvd., Apt. M203, Dallas, TX 75209, and has been since in or around November 2019.

32.   Additionally, the IP address, 173.172.137.50, used to access the "Kpalin09" Kik account between September 2019 and October 2019 resolved to Baldwin's prior home address as listed on his Texas driver's license, 8707 Ferndale Road, Apt. 110, Dallas, TX 75238, and on the records return from PayPal, Inc.

Baldwin appears to have moved residences within the timeframe he communicated with and purchased child pornography files from A.B.

33. Also, Baldwin's address of employment, The Hockaday School, 11600 Welch Road, Dallas, TX 75229, is associated with the records return from Baldwin's PayPal account, of which, was used to pay A.B. $27.00 on October 29, 2019, $13.00 on November 11, 2019, $10.00 on December 8, 2019, $12.00 on December 18, 2019, and $31.00 on January 1, 2020. The dates and dollar amounts all correspond with the purchase price for the files Baldwin requested to purchase from A.B. and detailed in their Kik communications.

34. Further, the email address registered with Yahoo!/Oath Holding, Inc., jbaldwin09@yahoo.com, is the same email address associated with Baldwin's AT&T account. The telephone number, 214-455-9083, also associated with Yahoo!/Oath Holding, Inc., is the same telephone number associated with Baldwin's PayPal account. Both the email address and phone number are also associated with Baldwin's previous Internet Service Provider (ISP), Charter/Spectrum Communications. Database records show this number is a Sprint Spectrum telephone number registered to Baldwin at 7700 Greenway Blvd., Apt. M203, Dallas, TX 75209.

**D.  Execution of Search Warrant & Arrest of Jason Baldwin**

35. Based on the foregoing, your Affiant applied for a search warrant for Baldwin's residence, 7700 Greenway Blvd., Apt. M203, Dallas, Dallas County, TX 75209. On July 27, 2020, the Honorable David L. Horan, United States Magistrate

15

Judge for the Northern District of Texas, authorized a federal search warrant for that address. On July 29, 2020, your Affiant and other members of law enforcement executed the federal search warrant at Baldwin's residence. Baldwin was the sole occupant of the premises when the search warrant was executed.

36. While the residence was being searched, Baldwin agreed to speak to with investigators. Baldwin was advised of his *Miranda* warning which Baldwin acknowledged his understanding and agreed to speak with investigators.

37. During the subsequent conversation, Baldwin confirmed that he is the user of the Kik Messenger account "kpalin09," which was used to transfer funds to another individual to purchases files depicting child pornography. Baldwin admitted to using a cash application and PayPal to pay for video files he obtained via Mega links.

38. Baldwin informed investigators that "hundreds" of images and videos of child pornography would be located on one of two cellular telephones located in his residence. Baldwin has a stated sexual preference for males approximately 13 to 14 years of age, however he told investigators that they would find child pornography depicting both minor males and females in his collection.

39. Baldwin has been viewing child pornography for approximately eight years. Baldwin advised your affiant that he masturbated yesterday to a video depicting a minor male, approximately 14-years-old performing oral sex on an adult male.

16

40. Recently, Baldwin utilized the application Telegram to obtain child pornography files, however his Telegram account was shut down this past weekend. Previous, Baldwin used Kik and other applications to obtain child pornography. Baldwin believed he learned of the Telegram application through conversations with another user on either Kik or possibly Tumblr.

41. While speaking with investigators, Baldwin was shown screenshots of video files of which he purchased from A.B. Baldwin recognized some of the minor males depicted in the screenshots but did not believe these video files would be found on his device as he has deleted child pornography files from his device in the past. The video file Baldwin recognized is described in paragraph 19 above. Baldwin admitted he has an addiction to child pornography and told investigators this is not something he could share with his friends.

42. I am aware that Apple iPhones are not manufactured in the State of Texas; therefore, the Apple iPhone X that Baldwin used to receive video/image files depicting child pornography and to possess child pornography images and videos traveled in and affecting interstate and foreign commerce. Moreover, I am aware that the Internet is a means and facility of interstate and foreign commerce. Accordingly, third party messenger applications, such as Kik and Telegram, utilize the Internet, a means and facility of interstate commerce, to send and receive messages.

43. Concurrent with your Affiant's interview of Baldwin, law enforcement conducted on-scene forensic preview of Baldwin's Apple iPhone X. The following is

a description of a video file observed by your Affiant that was discovered on Baldwin's Apple iPhone X:

| File Name | File Description |
|---|---|
| Unknown File Name. First Video in Baldwin's gallery dated July 31, 2016. | This video file depicts a nude minor male who is lying down with his back up against another nude male. The erect penis of one nude male is penetrating the anus of the other nude minor male. |

44. Baldwin viewed this video file in the presence of your Affiant and he estimated the age of the minor male depicted in the video file is approximately 14-years-old.

45. Based on my training and experience, the above video file constitutes child pornography, as defined by 18 U.S.C. 2256(8). In reviewing other files on Baldwin's Apple iPhone X, I observed a number of videos files depicting the sexual exploitation of children.

## CONCLUSION

46. Based upon the aforementioned facts, your Affiant respectfully submits there is probable cause to believe that on or about October 29, 2019, and continuing through January 1, 2020, in the Northern District of Texas, Jason Sherod Baldwin knowingly used his Apple iPhone X, the Internet and a third party messaging application to commit the offense of Receipt of Child Pornography, in violation of 18 U.S.C. § 2252A(a)(2)(A).

47. In consideration of the above, I respectfully request the Court issue a warrant authorizing the arrest of Jason Sherod Baldwin.

*Jennifer Mullican*
Special Agent
Federal Bureau of Investigation

Agent sworn and signature confirmed by reliable electronic means pursuant to Fed. R. Crim. P. on July 29, 2020.

_____
HONORABLE DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE
NORTHERN DISTRICT OF TEXAS

19