IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | NO.  3:20-CR-380-B |
| v. | |
| JASON SHERROD BALDWIN | |

## GOVERNMENT'S UNOPPOSED
## MOTION TO WITHDRAW ARREST WARRANT

The United States of America files this unopposed motion to withdraw and quash the arrest warrant issued on or around August 19, 2020 as Mr. Baldwin was already arrested on proceedings in this cause.  In support, the government states the following:

1. On or about July 29, 2020, Jason Baldwin was arrested on a warrant associated with a criminal complaint and appeared in United States District Court for an initial appearance and further proceedings.  A grand jury later indicted Mr. Baldwin for the same underlying conduct and the magistrate case matter was merged into the instant cause number.

2. Due to a paperwork error, a second warrant was generated for Mr. Baldwin's arrest at the time the indictment was filed.  However, Mr. Baldwin is currently complying with conditions of release and under the supervision of a pretrial services officer.  This second warrant is unnecessary and does not require execution.

3. The government has conferred with Mr. Baldwin's counsel and learned that counsel is unopposed to the instant motion for relief.

**Motion to Withdraw—Page 1**

In light of the foregoing, the government requests that the Court quash the erroneously issued warrant filed with the indictment in this cause. With this motion, the government files a proposed order.

Respectfully submitted,

ERIN NEALY COX
UNITED STATES ATTORNEY

/s/ *Nicole Dana*
NICOLE DANA
Assistant United States Attorney
Texas State Bar No. 24062268
1100 Commerce Street, Third Floor
Dallas, TX  75242-1699
Telephone:  214-659-8694
Facsimile:  214-659-8800
Email: nicole.dana@usdoj.gov

CERTIFICATE OF CONFERENCE

I hereby certify that prior to filing this motion, I conferred with Rachel Taft, counsel for Jason Baldwin, who stated that she did not oppose the relief requested.

/s/ *Nicole Dana*
NICOLE DANA
Assistant United States Attorney