UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　Plaintiff,<br><br>v.<br><br>JASON SHEROD BALDWIN,<br>　　Defendant. | §<br>§<br>§　　CRIMINAL ACTION NO:<br>§　　　　　　3:20-CR-380-B<br>§<br>§<br>§ |

## ORDER

The Court, having considered the Government's Motion to Withdraw Arrest Warrant, finds that the reasons set forth in the motion support the request and the motion is **GRANTED**.

It is **ORDERED** that the warrant be withdrawn and quashed.

SIGNED this 1st day of September, 2020.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE