IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | 3:20-CR-380-B |
| | § | |
| JASON SHEROD BALDWIN, | § | |

### ENTRY OF APPEARANCE OF CO-COUNSEL

I hereby enter my appearance as *appointed* co-counsel for the above-named defendant(s) in this cause.

>   I understand that it is my duty to continue to represent the above-named defendant(s) in connection with all matters relating to this cause, and in connection with all proceedings therein in this Court; to assist the defendant(s) with any appeal which the defendant(s) desires to perfect, and to represent the defendant(s) on appeal until a final judgment has been entered; unless and until, after written motion filed by me, I am relieved by Order of the Court.

In all cases an arraignment is scheduled promptly after the return or filing of an indictment or information, at which time the defendant must enter a plea. Your attention is directed to Rule 12, Federal Rules of Criminal Procedure, pertaining to pretrial motions.

Dated:  November 23, 2020  　　　　　*/s/ John M. Nicholson*
　　　　　　　　　　　　　　　　　　　JOHN M. NICHOLSON
　　　　　　　　　　　　　　　　　　　Assistant Federal Public Defender
　　　　　　　　　　　　　　　　　　　Northern District of Texas
　　　　　　　　　　　　　　　　　　　Texas Bar # 24013240
　　　　　　　　　　　　　　　　　　　525 Griffin Street, Suite 629
　　　　　　　　　　　　　　　　　　　Dallas, Texas 75202
　　　　　　　　　　　　　　　　　　　Phone (214) 767-2746
　　　　　　　　　　　　　　　　　　　Fax (214) 767-2886
　　　　　　　　　　　　　　　　　　　john_nicholson@fd.org