IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | 3:20-CR-380-B |
| | § | |
| JASON SHEROD BALDWIN, | § | |

## NOTICE OF SUBSTITUTION OF COUNSEL

Defendant **JASON SHEROD BALDWIN** hereby notifies this Court of the substitution of counsel on the above-captioned matter. JOHN M. NICHOLSON, Assistant Federal Public Defender, will be substituted as counsel of record in place of RACHEL M. TAFT, Assistant Federal Public Defender, who was originally assigned to handle this case.

Respectfully submitted,

/s/ *John M. Nicholson*
JOHN M. NICHOLSON
Assistant Federal Public Defender
Northern District of Texas
Texas Bar No. 24013240
525 Griffin Street, Suite 629
Dallas, Texas  75202
Phone 214-767-2746
John_nicholson@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on December 04, 2020, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court.

/s/ *John M. Nicholson*
JOHN M. NICHOLSON