**UNITED STATES DISTRICT COURT**
**PROBATION AND PRETRIAL SERVICES**
**NORTHERN DISTRICT OF TEXAS**



| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. )  | Case No. 3:20-CR-00380-B(1) |
| ) | |
| JASON SHEROD BALDWIN ) | |
| ) | |

## Report of Violation of Conditions of Pretrial Release

COMES NOW Wayne Poton, U.S. Probation Officer, presenting a report to the Court upon the conduct of defendant, Jason Sherod Baldwin, who was placed on pretrial release supervision by the Honorable U.S. Magistrate Judge David L. Horan sitting in the Court at Dallas, on July 31, 2020, under the following conditions:

(6) The defendant is placed in the custody of: Chante Spratling, 8110 Skillman St. #2023, Dallas, Texas, who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodians' custody.

(7f) The defendant must abide by the following restriction on personal association, residence, or travel: Reside at address with mother as approved by pretrial services.

(7h) The defendant must get psychiatric treatment:  or Sex Offender Treatment.

The undersigned has information that the defendant has violated such conditions in each of the following respects:

On November 20, 2020, at 2:00pm, Mr. Baldwin failed to report for a telephonic individual session with counselor Bill Bruner at ACT Counseling. On November 23, 2020, Mr. Baldwin was contacted at 9:05 a.m. and asked about his missed session. Mr. Baldwin noted he was unaware of a missed session but checked the phone and confirmed he had a missed call from counselor Bill Bruner. Mr. Baldwin was asked to call Mr. Bruner in order to reschedule his session.

On November 23, 2020, at 1:00 p.m., third-party custodian, Chante Spratling, contacted this officer to report that Mr. Baldwin attempted suicide by slitting one of his wrists and attempting to drown himself in the bathtub. She indicated he was being transferred to Medical City Dallas for a 24-hour evaluation. Mrs. Spratling noted that she no longer wishes to be a third-party custodian and that Mr. Baldwin is no longer welcomed in her residence.

Mrs. Spratling advised she received a call from her husband around 10:10 a.m. about Mr. Baldwin calling him to say that he (Mr. Baldwin) would not be alive when he returned on Wednesday. Mrs. Spratling noted she showed up to her home around 11:30 a.m. to find the door locked and she called the police. Mrs. Spratling elaborated and noted the police had to kick in the apartment door and the restroom door. She reported Mr. Baldwin was found in the tub with a wound on his wrist. A bottle of vodka and a knife were found near Mr. Baldwin.

The undersigned suggest to the court that a summons be issued and the defendant appear before a judge of this court to determine whether the defendant's conditions of pretrial release should be revoked.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 23, 2020

s/Wayne Poton
U.S. Probation Officer
Dallas
469-418-7218
Fax: 214-753-2570

Approved,

s/Bruno Perez
Supervising U.S. Probation Officer
214-753-2537

## Order

Having considered the report of the Probation Office pertaining to possible violations by defendant, Jason Sherod Baldwin, of his/her conditions of pretrial release, the court ORDERS that:

☐ No action be taken.

☐ The Order Setting Conditions of Release is modified to include the following:

☒ A summons be issued and the defendant appear before a judge of this court to determine whether his/her conditions of pretrial release should be revoked.

☐ A violator's warrant be issued, and the above-named defendant be arrested forthwith and brought before a judge of this court to determine whether his/her conditions of pretrial release should be revoked. Petition and warrant sealed and not be distributed to counsel of record until effectuated.

☒ The office of the U.S. Attorney for the Northern District of Texas file a motion to revoke the conditions of the defendant's pretrial release, consistent with the information contained in the foregoing Report, and take such steps as are necessary to present such motion at the hearing thereon.

☐ File under seal until further order of the Court.

David L Horan
U.S. Magistrate Judge

11/30/2020
Date