UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>JASON SHEROD BALDWIN,<br>    Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§ | CRIMINAL ACTION NO:<br>3:20-CR-380-B |

## ORDER GRANTING DEFENDANT'S MOTION FOR CONTINUANCE

Defendant **JASON SHEROD BALDWIN**, through counsel, has filed an Unopposed Motion for Continuance of Trial and Pretrial Deadlines (doc. 26). Said motion, in accordance with the findings set forth below, on this December 7, 2020, is GRANTED.

In accordance with 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), the Court finds that the ends of justice served by granting this motion for continuance outweigh the best interest of the public and the defendant in a speedy trial. In this regard, the Court has considered factors which indicate that its failure to grant this motion would deny counsel for defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Therefore, any period of delay resulting from this Court's granting the motion for continuance shall be excluded in computing the time within which the trial of this cause must commence under 18 U.S.C. § 3161.

Accordingly, it is ORDERED that the captioned case is set for trial on March 29, 2021 at 9:00 a.m. Pretrial motions, if any, are due February 16, 2021, and responses thereto are due March 2, 2021. Pretrial materials are due March 15, 2021. The pretrial conference will be set for March 26, 2021 at 10:00 a.m.

**SO ORDERED**.

**SIGNED:** December 7, 2020.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE