# United States District Court
# Northern District of Texas
# Office of the Clerk
Dallas Division

| UNITED STATES OF AMERICA V. | SUMMONS IN A CRIMINAL CASE |
|---|---|
| Jason Sherod Baldwin | Case Number: 3:20-CR-380-B |

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place: 1100 Commerce Street, Dallas, TX 75242 | Room: 1549 |
|---|---|
| Before: U.S. Magistrate Judge David L. Horan | Date: 12/17/2020   Time: 2:00 PM |

To answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Probation Violation Petiton  ☐ Supervised Release Violation Petition  ☑ Violation Notice

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:

Report of Violation of Conditions of Pretrial Release

U.S. Magistrate Judge David L. Horan
Name and Title of Issuing Officer

12/7/2020
Date

s/A. Lowe
By: Deputy Clerk

AO83 (Rev. 10/03) Summons in a Criminal Case

| RETURN OF SERVICE |
|---|
| Service was made by me* on: 12/08/2020 @ 5:08pm via a text message by Wayne Poton. *Wayne Poton* |
| Check one box below to indicate appropriate method of service |

[X] Served personally upon the defendant at:  Text message at 214-914-2126 (Beverly Kaye Beasely).

[ ] Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

[ ] Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on: _____    _____
                    Date                    Name of United States Marshal

                                            _____
                                            (by) Deputy United States Marshal

Remarks:

* As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.