UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Case No.: 3:20-CR-380-B |
| | § | |
| JASON SHEROD BALDWIN | § | |

### DEFENDANT'S CONSENT TO PROCEED BY WAY OF VIDEO TELECONFERENCE (VTC)

Undersigned counsel and the defendant, JASON SHEROD BALDWIN ("Mr. Baldwin") discussed the upcoming hearing before the Honorable U.S. Magistrate Judge David Horan. Mr. Baldwin is aware that the purpose of the hearing is for Judge Horan to hear evidence as to whether Mr. Baldwin's pretrial release should be revoked. Mr. Baldwin is also aware that, in light of the ongoing COVID-19 pandemic, the Court intends to hold the hearing by way of Video Teleconference (VTC) but cannot do so absent Mr. Baldwin's consent.

After conferring with undersigned counsel, Mr. Baldwin chooses to consent to proceeding by way of VTC. Mr. Baldwin knows that he has the right to appear in person with undersigned counsel during the hearing and to consult privately with undersigned counsel during the hearing. Mr. Baldwin is aware that, by granting his consent to proceed by way of VTC (for this hearing only), he will be in a different location than the judge and undersigned counsel, and that could potentially affect his ability to consult privately with undersigned counsel (although every effort will be made to avoid this possibility).

Mr. Baldwin is aware that, at the beginning of the hearing, the Court will question him about this waiver to ensure that he is knowingly and intelligently giving up his right to appear in person for the hearing. After conferring with Mr. Baldwin, undersigned counsel is of the belief

that he is competent to make this waiver and proceed with the hearing as scheduled. Furthermore, undersigned counsel believes that Mr. Baldwin's waiver is a knowing and intelligent one.

        Respectfully submitted,

        */s/ John M. Nicholson*
        JOHN M. NICHOLSON
        Assistant Federal Public Defender
        Northern District of Texas
        Texas Bar # 24013240
        525 Griffin Street, Suite 629
        Dallas, Texas 75202
        Phone: (214) 767-2746
        Fax: (214) 767-2886
        Email: John_Nicholson@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2020, I electronically filed the foregoing document using the Court's CM/ECF system, thereby providing service on attorneys of record.

        */s/ John M. Nicholson*
        JOHN M. NICHOLSON