**UNITED STATES DISTRICT COURT**
**PROBATION AND PRETRIAL SERVICES**
**NORTHERN DISTRICT OF TEXAS**



UNITED STATES OF AMERICA )
)
v. )     Case No. 3:20-CR-00380(1)
)
JASON SHEROD BALDWIN )
)

## Consent to Modify Conditions of Release

I, Jason Sherod Baldwin, have discussed with Wayne Poton, Pretrial Services Officer, modifications of my release conditions as follows:

(6) The defendant is placed in the custody of: Beverly Kaye Beasely, and must reside at 7739 Colebrook Drive, Dallas, Texas 75217, (214) 914- 2126.

I consent to this modification of my release conditions and agree to abide by this modification.

_____     12/16/20
Jason Sherod Baldwin                Date

s/Wayne Poton                       12/15/2020
U.S. Probation Officer              Date

s/Bruno Perez                       12/15/2020
Supervising U.S. Probation Officer  Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____     12-16-20
Signature of Defense Counsel        Date

☑ The above modification of conditions of release is ordered, to be effective on 12/16/2020

☐ The above modification of conditions of release is not ordered.

_____     12/16/2020
U.S. Magistrate Judge David L Horan  Date

Page 1 of 1